AO 10
Rev. 1/2003

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Whyte, Ronald M | 2. Court or Organization Northern District California | 3. Date of Report *amended 10/14/04* 5/15/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address U.S. District Court 280 S. First Street San Jose, CA 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Exec. Committee | Santa Clara Inn of Court |
| 2. Member of Exec. Committee | Bay Area IP Inn of Coourt |
| 3. Member | Intellectual Property Board of Advisors - George Washingtoon Law School |
| 4. Member | Santa Clara Law School IP Advisory Board |
| 5. Adjunct Faculty | Santa Clara Law School |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME.   (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2003 | Santa Clara Law School (teaching) | $5,000 |
| 2003 | Court Designated Child Advocates - Wages | |

RECEIVED Oct 21 10 56 AM '04 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ALI/ABA | 9/18 - 9/20: Program on Trial of a Patent Case (Reimbursement for food, lodging and travel) |
| 2. | Case Western Reserve Law School | 11/13 - 11/15: Program on Patent Law (Reimbursement for food, lodging and travel) |
| 3. | Lewis & Clark Law School | 2/2 - 2/6: Distinguished guest at Law School (Reimbursement for food, lodging and travel) |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 5/15/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. MSDW Lim Dur US Treasury Trust | D | Dividend | M | T | | | | | |
| 2. Active Assets Cal Tax Fr Trust | A | Interest | J | T | | | | | |
| 3. Active Assests Cal Tax Fr Trust | A | Interest | M | T | | | | | |
| 4. Emeryville Redev Bond | B | Interest | J | T | Part. Redeem | 9/02 | J | A | |
| 5. Sacramento Utility Bond | A | Interest | J | T | | | | | |
| 6. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 7. California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 8. MSDW Lim Dur US Tres Trust | D | Dividend | M | T | | | | | |
| 9. Charter Munni Accept Corp | B | Dividend | K | T | | | | | |
| 10. Davis NY Venture Mut Fund | A | Dividend | M | T | | | | | |
| 11. Target Large Cap Portfolio Trust | A | Dividend | L | T | Part. Sell | 12/29 | K | | |
| 12. Target Mortgage Backed Securities Portfolio | B | Dividend | K | T | | | | | |
| 13. Target Small Cap PortfolioTrust | A | Dividend | K | T | Part. Sell | 9/25 | K | | |
| 14. Target International Equity | | None | | | Sell | 9/25 | L | | |
| 15. Templeton Foreign Fund | B | Dividend | L | T | | | | | |
| 16. Phoenix Hollister Apprec Fund (formerly Phoenix Zweig) | | None | | | Sell | 01/17 | L | | |
| 17. Phoenix Oakhurst Strat Fund (formerly Phoenix Zweig) | | None | | | Sell | 01/17 | K | | |
| 18. Dryden Cal Muni Fund (Pru Cal Muni Fund) | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   T = Cost (Real Estate Only)   S = Assessment   = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 5/15/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Putnam Cal Tax Ex Fund | C | Interest | L | T | | | | | |
| 20. Pru Command Money Fund | B | Interest | N | T | | | | | |
| 21. MSDW Liquid Asset Fund | B | Dividend | M | T | | | | | |
| 22. US Treasury Strip 03 | | None | | | Redeemed | 11/15 | J | | |
| 23. MSDW Lim Dur Bond Fund | C | Dividend | L | T | | | | | |
| 24. MSDW Lim Dur Bond Exch B | B | Dividend | L | T | | | | | |
| 25. MSDW American Opp | | None | L | T | | | | | |
| 26. MSDW Dividend Growth | C | Distribution | K | T | | | | | |
| 27. Pax World Fund | A | Dividend | M | T | | | | | |
| 28. Putnam Health Sciences Fund | A | Dividend | L | T | | | | | |
| 29. Putnam Fund for Growth and Income | A | Dividend | K | T | | | | | |
| 30. First Eagle (Sogen) International Fund | D | Distribution | M | T | | | | | |
| 31. Templeton Foreign Fund | A | Dividend | M | T | | | | | |
| 32. Rental Property, Los Gatos | D | Rent | | | Sell | 7/31 | O | G | |
| 33. Bank of the West Acct | B | Interest | K | T | | | | | |
| 34. Bank of the West Acct | A | Interest | J | T | | | | | |
| 35. Rental Property, Ketchum Idaho | D | Rent | M | W | | | | | |
| 36. vonWeise Properties, L.L.C. | E | Distribution | N | W | | | | | |

1. Income/Gain Codes: (See Columns D1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 5/15/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Rental Property 2, Los Gatos, CA - assessed value $235,968 | E | Rent | M | S | | | | | |
| 38. Calamos Investment Trust Growth Fund | C | Distribution | L | T | Buy | 9/25 | K | | |
| 39. Eaton Vance Health Science Fund | C | Distribution | L | T | Buy | 9/25 | L | | |
| 40. Gabelli Value Fund | C | Distribution | K | T | Buy | 9/25 | K | | |
| 41. Yacktman Fund | C | Distribution | K | T | Buy | 9/25 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
S = Assessment    T = Cash/Market
R = Cost (Real Estate Only)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whyte, Ronald M | 5/15/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

The Washington Mutual Acct listed on my 2002 report was closed.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whyte, Ronald M | 5/15/04 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                    Date___10/14/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2002 | | in Government Act of 1978 |
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whyte, Ronald M | Northern District California | 5/15/04 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/03 to 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>280 S. First Street<br>San Jose, CA 95113 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Exec. Committee | Santa Clara Inn of Court |
| 2. | Member of Exec. Committee | Bay Area IP Inn of Coourt |
| 3. | Member | Intellectual Property Board of Advisors - George Washingtoon Law School |
| 4. | Member | Santa Clara Law School IP Advisory Board |
| 5. | Adjunct Faculty | Santa Clara Law School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 20 12 00 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Santa Clara Law School (teaching) | $9,000 |
| 2. | 2003 | Court Designated Child Advocates - Wages | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ALI/ABA | 9/18 - 9/20: Program on Trial of a Patent Case (Reimbursement for food, lodging and travel) |
| 2. | Case Western Reserve Law School | 11/13 - 11/15: Program on Patent Law (Reimbursement for food, lodging and travel) |
| 3. | Lewis & Clark Law School | 2/2 - 2/6: Distinguished guest at Law Schoool (Reimbursement for food, lodging and travel) |

## V. GIFTS.    (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE    - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.    (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE    - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Whyte, Ronald M | 5/15/04 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  MSDW Lim Dur US Treasury Trust | D | Dividend | M | T | | | | | |
| 2.  Active Assets Cal Tax Fr Trust | A | Interest | J | T | | | | | |
| 3.  Active Assests Cal Tax Fr Trust | A | Interest | M | T | | | | | |
| 4.  Emeryville Redev Bond | B | Interest | K | T | Redeemed | 9/02 | J | A | |
| 5.  Sacramento Utility Bond | A | Interest | J | T | | | | | |
| 6.  California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 7.  California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 8.  MSDW Lim Dur US Tres Trust | D | Dividend | M | T | | | | | |
| 9.  Charter Munni Accept Corp | B | Dividend | K | T | | | | | |
| 10.  Davis NY Venture Mut Fund | A | Dividend | M | T | | | | | |
| 11.  Target Large Cap Portfolio Trust | A | Dividend | L | T | Sell | 12/29 | K | | |
| 12.  Target Mortgage Backed Securities Portfolio | B | Dividend | K | T | | | | | |
| 13.  Target Small Cap PortfolioTrust | A | Dividend | K | T | Sell | 9/25 | K | | |
| 14.  Target International Equity | | None | | T | Sell | 9/25 | L | | |
| 15.  Templeton Foreign Fund | B | Dividend | L | T | | | | | |
| 16.  Phoenix Hollister Apprec Fund (formerly Phoenix Zweig) | | None | | T | Sell | 01/17 | L | | |
| 17.  Phoenix Oakhurst Strat Fund (formerly Phoenix Zweig) | | None | | T | Sell | 01/17 | K | | |
| 18.  Dryden Cal Muni Fund | B | Interest | K | T | | | | | |

1. Income/Gain Codes:   A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
   (See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
   (See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 5/15/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Putnam Cal Tax Ex Fund | C | Interest | L | T | | | | | |
| 20. Pru Command Money Fund | B | Interest | N | T | | | | | |
| 21. MSDW Liquid Asset Fund | B | Dividend | M | T | | | | | |
| 22. US Treasury Strip 03 | | None | | T | Redeemed | 11/15 | J | | |
| 23. MSDW Lim Dur Bond Fund | C | Dividend | L | T | | | | | |
| 24. MSDW Lim Dur Bond Exch B | B | Dividend | L | T | | | | | |
| 25. MSDW American Opp | | None | L | T | | | | | |
| 26. MSDW Dividend Growth | C | Distribution | K | T | | | | | |
| 27. Pax World Fund | A | Dividend | M | T | | | | | |
| 28. Putnam Health Sciences Fund | A | Dividend | L | T | | | | | |
| 29. Putnam Fund for Growth and Income | A | Dividend | K | T | | | | | |
| 30. First Eagle (Sogen) International Fund | D | Distribution | M | T | | | | | |
| 31. Templeton Foreign Fund | A | Dividend | M | T | | | | | |
| 32. Rental Property, Los Gatos | D | Rent | | T | Sell | 7/31 | O | G | |
| 33. Bank of the West Acct | B | Interest | K | T | | | | | |
| 34. Bank of the West Acct | A | Interest | J | T | | | | | |
| 35. Rental Property, Ketchum Idaho | D | Rent | M | W | | | | | |
| 36. vonWeise Properties, L.L.C. | E | Distribution | N | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 5/15/04 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Rental Property 2, Los Gatos | E | Rent | M | S | | | | | |
| 38. Calamos Investment Trust Growth Fund | C | Distribution | L | T | Buy | 9/25 | K | | |
| 39. Eaton Vance Health Science Fund | C | Distribution | L | T | Buy | 9/25 | L | | |
| 40. Gabelli Value Fund | C | Distribution | K | T | Buy | 9/25 | K | | |
| 41. Yacktman Fund | C | Distribution | K | T | Buy | 9/25 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whyte, Ronald M | 5/15/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whyte, Ronald M | 5/15/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬

Date    *5/15/04*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544